UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil No. 3:13CV1310 (JBA) |
| ONE 2012 INFINITI QX56, VIN JN8AZ2NC8C9316503 | : |
| Defendant. | : |
| [CLAIMANT: PAUL WALKER] | : |

STIPULATION FOR COMPROMISE SETTLEMENT

In full and final satisfaction of any and all claims, demands, and liens from which PLAINTIFF, UNITED STATES OF AMERICA ("UNITED STATES"), its agents, subrogees, successors, and assigns, now have against the above-referenced defendant vehicle, the UNITED STATES and the CLAIMANT, PAUL WALKER ("CLAIMANT"), and his agents, subrogees, successors, and assigns, by and through his respective counsel, hereby stipulates and agrees to the compromise settlement of the above-referenced action, upon the terms and conditions set forth below:

1. That the UNITED STATES agrees to return One 2012 Infiniti QX56, VIN JN8AZ2NC8C9316503 to the CLAIMANT.

2. That CLAIMANT agrees for the purpose of this Stipulation of Compromise Settlement in the above-captioned case that he is not the prevailing party pursuant to 28 U.S.C. § 2412.

3. That CLAIMANT stipulates that he hereby releases and forever discharges the United States of America, the Drug Enforcement Administration, the United States Marshals Service, the New Britain Police Department, and their officers, agents, servants, and employees, their heirs, successors, or assigns, from any and all actions, causes of action, suits, proceedings, debts, dues, contracts, judgments, damages, claims, and/or demands whatsoever in law or equity which claimant, his heirs, successors, or assigns ever had, now have, or may have in the future in connection with the seizure, detention, and return of One 2012 Infiniti QX56, VIN JN8AZ2NC8C9316503.

4. That CLAIMANT further agrees to hold and save the United States of America, the Drug Enforcement Administration, the United States Marshals Service, the New Britain Police Department, and their servants, employees, heirs, successors, or assigns harmless from any claims by any others, including costs and expenses for or on account of any and all lawsuits or claims of any character whatsoever, in connection with the seizure, detention, and return of One 2012 Infiniti QX56, VIN JN8AZ2NC8C9316503.

5. This Stipulation for Compromise Settlement shall not constitute an admission of liability or fault on the part of the UNITED STATES, its officers, agents, servants, or employees, or on the part of the CLAIMANT, and is entered into by all parties for the purpose of compromising disputed claims and avoiding the further expense and risk of litigation.

6. The UNITED STATES and the CLAIMANT agree to bear their own costs and attorneys' fees, and to execute and/or consent to, any additional documentation necessary to implement the terms of this stipulated agreement and in this forfeiture action.

UNITED STATES OF AMERICA
DEIRDRE M. DALY
UNITED STATES ATTORNEY

Dated: 5/16/14

By: _____
DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06510
(203) 821-3700
FEDERAL BAR # ct03793

ATTORNEY FOR THE PLAINTIFF
UNITED STATES OF AMERICA

Dated: 5/15/14

_____
RICHARD R. BROWN
BROWN PAINDIRIS & SCOTT
100 PEARL STREET
HARTFORD, CT 06103

ATTORNEY FOR THE CLAIMANT

Dated: 5/15/14

_____
PAUL WALKER
CLAIMANT